**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   COLLIE GEORGE DOWNER,                    No C-09-4582 VRW (PR)

12                    Petitioner,

13            v                            ORDER OF TRANSFER

14   M CRAMER, Warden,

15                    Respondent.
                                                    /
16   _____

17

18            Petitioner seeks federal habeas review of a conviction

19   from San Francisco County superior court, which lies within the

20   venue of this court.  See 28 USC § 84(a).  Petitioner is

21   incarcerated at Folsom State Prison in the County of Sacramento,

22   which lies within the venue of the Eastern District of California.

23   See id § 84(b).

24            Although venue is proper in a habeas action in either the

25   district of confinement or the district of conviction, see id §

26   2241(d), petitions challenging a conviction preferably are heard in

27   the district of conviction, see Habeas LR 2254-3(a); Dannenberg v

28   Ingle, 831 F Supp 767 (ND Cal 1993).  In the instant action,

1  however, transfer to the district of confinement is in order because

2  the crimes at issue involve the family of a long-term employee of

3  this court.   See <u>Downer v. Cramer</u>, No C-06-3837-VRW (PR) (ND Cal

4  filed June 26, 2006), Doc #7 (order transferring case to the United

5  States District Court of the Eastern District of California).

6           In the interest of justice, and pursuant to 28 USC §

7  1406(a), this petition shall be TRANSFERRED to the United States

8  District Court for the Eastern District of California.

9           The clerk shall transfer this matter and terminate all

10  pending motions as moot.

11

12

13           IT IS SO ORDERED.

14

15

16  _____

    **VAUGHN R WALKER**

17  **United States District Chief Judge**

18

19

20

21

22

23

24

25

26  G:\PRO-SE\VRW\HC.09\Downer-09-4852-transfer-caed.wpd

27

28                                    **2**