IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COLLIE GEORGE DOWNER,

    Petitioner,　　　　　　　2: 09 - cv - 3041 MCE TJB

    vs.

M. CRAMER, et al.,

    Respondents.　　　　　　　ORDER
_____/

    The undersigned hereby recuses himself from this action pursuant to 28 U.S.C. § 455(a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to reassign this case back to Magistrate Judge Dale A. Drozd for any further proceedings which may be appropriate or required.

DATED: March 7, 2011

                                  TIMOTHY J BOMMER
                                  UNITED STATES MAGISTRATE JUDGE